# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARSHALL A. KAHN, | )<br>) |
| Plaintiff(s), | ) Case No. 2:12-cv-01125-APG-NJK<br>) |
| vs. | ) **<u>ORDER</u>**<br>) |
| ACE CAB, INC., | ) (Docket No. 45)<br>) |
| Defendant(s). | ) |

    This matter is before the court on Hatfield & Associates, LTD.'s Motion to Withdraw as Counsel for Plaintiff (Docket No. 45) filed March 21, 2014. The law firm of Hatfield & Associates, LTD., seeks to withdraw as counsel of record for Plaintiff Marshall Kahn.

    The Motion represents that the relationship between counsel and Plaintiff has deteriorated to the point where counsel can no longer represent Plaintiff. Further, Plaintiff decided to leave his deposition before it could be completed due to an alleged personal obligation. It appears that this was against the advice of his counsel. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." Here, discovery is still open and no trial date is set. Further, there are no pending motions at this time.

    Having reviewed and considered the matter, and for good cause shown,

    **IT IS ORDERED:**

    1.    Hatfield & Associates, LTD.'s Motion to Withdraw as Counsel for Plaintiff (Docket No. 45) is GRANTED.

    2.    Plaintiff Marshall Kahn shall have until **April 21, 2014,** to either retain new counsel, who shall file a notice of appearance in accordance with the Local Rules of Practice, or

to file a statement that he will be proceeding *pro se*.

3. Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

Dated: March 21, 2014,

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE