**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARSHALL A. KHAN, ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:12-cv-01125-APG-NJK |
| vs. ) | |
| ) | ORDER DENYING STIPULATION TO |
| ACE CAB, INC., ) | EXTEND |
| ) | |
| Defendant(s). ) | (Docket No. 85) |
| ) | |

Pending before the Court is the parties' stipulation, filed on April 3, 2015, to extend the deadline to file the joint pretrial order. Docket No. 85. The deadline to file the joint pretrial order, April 8, 2015, will expire in less than 21 days. *See* Docket Nos. 44, 84. Parties must request extensions to deadlines in the scheduling order at least 21 days before they are set to expire. Local Rule 26-4. These rules are in place to prevent parties from unnecessarily seeking extensions at the eleventh hour or after the expiration of a deadline. When parties fail to timely request an extension of the deadlines subject to their request, they must establish excusable neglect for the extension sought. *See, e.g.*, Local Rule 26-4.

The parties fail to address (let alone establish) excusable neglect in the pending stipulation with respect to the deadline to file the joint pretrial order. Accordingly, the stipulation to extend is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: April 6, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge