FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV 89169
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: agolden@laborlawyers.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARSHALL A. KHAN, | ) |
| | ) Case No. 2:12-cv-01125-APG-NJK |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION AND ORDER** |
| | ) **EXTENDING TIME TO FILE** |
| ACE CAB, INC., | ) **JOINT PRETRIAL ORDER** |
| | ) **(First Request)** |
| Defendant. | ) **(Resubmitted)** |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that the parties shall have an extension of time up to and including April 29, 2015 to file a Joint Pretrial Order. Defendant has prepared an initial draft of the Joint Pretrial Order but needs to coordinate discussions with Plaintiff regarding content and possible revisions.

<u>Reasons why request was not submitted more than 21 days before deadline</u>

Over the last month, counsel for Plaintiff has had seven depositions, two Early Neutral Evaluations, and was out of town on March 16, 17, 30, and 31 for pre-planned trips. Counsel for Defendant has been involved in protracted discovery matters in another pending matter, *Hirata et al. v. Southern Nevada Health District et al.*, 2:13-cv-

- 1 –

FPDOCS 30552754.1

02302-LDG-VCF, which has in the last month included deposition preparation and written discovery involving over 80,000 pages of documents, several hours of video tape, and coordinating meet and confer sessions with opposing counsel in that case to address outstanding discovery issues.

Despite best efforts, counsel in this case have been unable to coordinate schedules to review documents and issues and finalize the Joint Pretrial Order. It became apparent on April 3, 2015, when the parties first filed this stipulation, that counsel was not going to be able to complete the Joint Pretrial Order by the current deadline, counsel agreed to stipulate to extend the deadline to allow for the opportunity to thoroughly discuss and complete the Joint Pretrial Order in this matter.

| | |
|---|---|
| Dated this 6th day of April 2015. | Dated this 6th day of April 2015. |
| KEMP & KEMP | FISHER & PHILLIPS LLP |
| By: /s/ James P. Kemp, Esq.<br>7435 W. Azure Dr.<br>Suite 110<br>Las Vegas, Nevada 89130<br>Attorneys for Plaintiff | By: /s/ Anthony B. Golden, Esq.<br>3800 Howard Hughes Parkway<br>Suite 950<br>Las Vegas, Nevada 89169<br>Attorneys for Defendants |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 7, 2015