FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV 89169
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: agolden@laborlawyers.com

Attorneys for Defendant

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MARSHALL A. KHAN, | ) |
| | ) Case No. 2:12-cv-01125-APG-NJK |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION AND ORDER** |
| | ) **FOR DISMISSAL** |
| ACE CAB, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

KEMP & KEMP                                  FISHER & PHILLIPS LLP

By: /s/ James P. Kemp, Esq.          By: /s/ Scott M. Mahoney, Esq.
   7435 W. Azure Dr.                        3800 Howard Hughes Parkway
   Suite 110                                    Suite 950
   Las Vegas, Nevada 89130              Las Vegas, Nevada 89169
   Attorneys for Plaintiff                    Attorneys for Defendants

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: ___September 18, 2015___

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169